IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 23-3186 |
| | ) | |
| Plaintiff-Appellant, | ) | Appeal from the United States |
| | ) | District Court for the |
| v. | ) | Northern District of Illinois, |
| | ) | Eastern Division |
| DEVON FREEMAN, | ) | Case No. 23 CR 158 |
| | ) | |
| Defendant-Appellee. | ) | Honorable Robert W. Gettleman |

**GOVERNMENT'S UNOPPOSED MOTION TO STAY APPEAL**

The UNITED STATES OF AMERICA, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, asks this Court for a stay of this appeal pending a decision in *United States v. Glen Prince*, Appeal No. 23-3155.

In both the instant appeal and *Prince*, the same district court employed the same reasoning to reach the same conclusion: that 18 U.S.C. § 922(g)(1), which prohibits felons from possessing firearms, is unconstitutional under the Second Amendment in light of *New York Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022). A decision in *Prince* almost certainly will resolve the instant appeal in its entirety. As a result, by staying the instant appeal, this Court can avoid expending judicial resources to address duplicative claims.

In support of this unopposed motion, the government incorporates the attached affidavit of Assistant United States Attorney Georgia N. Alexakis.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:  */s/ Georgia N. Alexakis*
　　　GEORGIA N. ALEXAKIS
　　　Assistant United States Attorney
　　　219 South Dearborn Street
　　　Chicago, Illinois  60604
　　　(312) 353-5300

United States of America   )
                           )
Northern District of Illinois )

# AFFIDAVIT

Georgia N. Alexakis, Assistant United States Attorney, deposes and states as follows:

1. I am the Assistant United States Attorney assigned to represent the government in *United States v. Devon Freeman*, Appeal No. 23-3186. Currently, the government's opening brief is due January 8, 2024. This affidavit is submitted in support of a request that this Court stay this appeal pending a decision in *United States v. Glen Prince*, Appeal No. 23-3155.

2. On March 21, 2023, a grand jury returned an indictment against defendant Devon Freeman charging him with one count of unlawful possession of ammunition, in violation of 18 U.S.C. § 922(g)(1). On November 7, 2023, the district court granted Freeman's motion to dismiss the indictment, holding that § 922(g)(1) is facially unconstitutional under the Second Amendment in light of *New York Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022).

3. Five days before granting Freeman's motion to dismiss, the same district court granted defendant Glen Prince's motion to dismiss. In both matters, the district court employed the same reasoning to reach the same

conclusion regarding the constitutionality of § 922(g)(1). The government's appeal in both *Prince* and *Freeman* will raise only one issue: whether the district court properly concluded that § 922(g)(1) is unconstitutional under the Second Amendment. A decision in *Prince* almost certainly will resolve the instant appeal in its entirety. As a result, this Court could stay briefing in the instant appeal to avoid expending judicial resources to address duplicative claims.[1]

4.   Freeman was released from federal custody on November 8, 2023, following the indictment's dismissal. The government understands that after Freeman was released from federal custody, he was arrested pursuant to a state warrant and remains detained in state custody on state charges. The government believes that Freeman will not be prejudiced by a stay of this appeal pending a decision in *Prince* given the dispositive effect that a decision in *Prince* almost certainly will have on Freeman's appeal.

---

[1] The same district court applied the same reasoning to reach the same conclusion in five other matters, in which the government also has filed notices of appeal. *See United States v. Kevin Delaney*, No. 23-3156; *United States v. Malik Daniel*, No. 23-3173; *United States v. Christopher Salme-Negrete*, No. 23-3212; *United States v. Johnny Anderson*, No. 23-3217; and *United States v. Jose Diaz*, No. 23-3259. The government has filed an unopposed motion to stay the appeal in the *Delaney* matter pending a decision by this Court in *Prince*; it soon will file similar (unopposed) motions in the *Daniel*, *Salme-Negrete*, *Anderson*, and *Diaz* matters as well. In *Prince*, the government's opening brief is due on February 2, 2024.

5. Counsel for Freeman does not oppose this motion.

6. Oral argument has not been scheduled, and this motion is not brought for the purpose of delay. If granted, the parties propose filing statements of position within seven days of a decision in *Prince*, or within whatever timeframe this Court orders.

<u>s/ Georgia N. Alexakis</u>  
GEORGIA N. ALEXAKIS  
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2023, I electronically filed the foregoing GOVERNMENT'S UNOPPOSED MOTION TO STAY APPEAL with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/ Georgia N. Alexakis*
GEORGIA N. ALEXAKIS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300
