No. 23-3186

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States District Court for the Northern District of Illinois |
| Plaintiff-Appellant, | |
| vs. | Case No. 1:23-CR-00158 |
| DEVON T. FREEMAN, | Hon. Robert W. Gettleman, United States District Judge, |
| Defendant-Appellee. | Presiding. |

## JOINT STATEMENT OF POSITION

Now comes the Defendant-Appellee Devon T. Freeman, by his attorney, and the Plaintiff-Appellant United States of America, by its attorney, and provide this Court with a Joint Statement of Position following *United States v. Prince,* Case Number 23-2155. In support thereof, the parties state:

1.    On March 21, 2023, a grand jury sitting in the Northern District of Illinois returned an indictment charging Mr. Freeman with knowingly possessing a firearm after being convicted of a felony offense in violation of 18 U.S.C. § 922(g)(1).

2.    On May 3, 2023, Mr. Freeman filed a motion to dismiss the indictment, arguing § 922(g)(1) violated his rights under the Second Amendment

to the United States Constitution.  On November 7, 2023, the district court granted the motion to dismiss.

3.    The government filed a notice of appeal on November 9, 2023, and on December 12, 2023, moved to stay the proceedings pending the resolution of *Prince.*  The Court granted the motion on December 14, 2023, ordering the parties to file statements of position within seven days of a decision in *Prince.*

4.    This Court decided *Prince* on April 2, 2026, along with a companion case, *United States v. Watson,* Case Number 24-2432.

5.    The parties have reviewed the decisions in *Prince* and *Watson* and have conferred with each other regarding the next steps.  Given the complexity of the issues presented in this case, Mr. Freeman's counsel needs additional time to research and discuss his options in this case.  Counsel believes 30-40 days should be sufficient to communicate with Mr. Freeman.  Therefore, counsel requests leave to file a further statement of position on or before May 18, 2026.  The government does not oppose this request.

Wherefore, the parties jointly file this position statement and request the Court allow them to file further statements of position on or before May 18, 2026.

DEVON T. FREEMAN
Defendant-Appellee

s/  Johanna M. Christiansen
JOHANNA M. CHRISTIANSEN

Assistant Federal Public Defender
Office of the Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: (309) 671-7891
Email: Johanna_Christiansen@fd.org
Counsel for Defendant-Appellee