# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 15, 2026

*By the Court:*

|  |  |
|---|---|
| No. 23-3186 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellant<br><br>v.<br><br>DEVON FREEMAN,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:23-cr-00158-1 |
| Northern District of Illinois, Eastern Division |
| District Judge Robert W. Gettleman |

Upon consideration of the **JOINT STATEMENT OF POSITION**, filed on April 9, 2026, by counsel for the appellee,

**IT IS ORDERED** that the parties shall file further statements of position no later than seven days after the resolution of any and all petitions for rehearing in *United States v. Prince*, No. 23-3155, and *United States v. Watson*, No. 24-2432, or by May 18, 2026, whichever is earlier.